FILED

JUL 1 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                  )   Case No. 04-33341-C-7
                                       )
PHILIP D. WESTALL and                  )   DC No. AEM-1
CHRISTI L. WESTALL,                    )
                                       )
            Debtors.                   )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

Debtors filed this voluntary chapter 7 petition on November 19, 2004. Debtors scheduled real property commonly known as 2225 Vernon Drive, Escalon, CA ("the property") as an



asset of the estate. The property was scheduled as exempt in the amount of $75,000. The chapter 7 trustee filed a report finding that there was no property available for distribution from the estate over and above that exempted by debtor. On February 22, 2004, debtors received a discharge.

On May 24, 2005, Beneficial California, Inc. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to commence foreclosure proceedings against the property. The motion and declaration establish that the debtor owes the movant approximately $32,929.57. The value of the property is approximately $275,000.00. Additionally, the court notes that movant's motion requests attorney's fees and costs. Movant's declaration provides a breakdown of arrears, which includes $700.00 in bankruptcy fees and costs.

A hearing was scheduled for June 28, 2005. Upon review of the record, the court determined that the written record was adequate and took the matter as submitted on the pleadings.

Conclusions of Law

The automatic stay of acts against the debtor in personam and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge. 11 U.S.C. § 362(c). However, the automatic stay may be terminated earlier if debtor fails to adequately protect the secured party's interest, § 362(d)(1), and, with respect to a stay of an act against property, the

debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. § 362(d)(2).

The motion for relief from the automatic stay is moot as to the debtors because they were granted a discharge. Accordingly, the motion will be denied as to the debtors.

As to the chapter 7 trustee, the motion will be granted because the trustee filed a no asset report finding that the estate has no interest in the property.

Additionally, in light of the fact that movant's motion was unnecessary, the court denies movant's request for attorney's fees and costs. Reasonable attorney's fees and reimbursable costs for the movant are therefore determined to be zero and may not be charged pursuant to an attorney's fee provision in the underlying contract.

An appropriate order will issue.

Dated: July 1, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Philip Westall
2225 Vernon Drive
Escalon, CA 95320

Allan Williams
15760 Ventura Blvd. #1100
Encino, CA 91436

Gary Farrar
P.O. Box 576097
Modesto, CA 95357-6097

Beneficial California, Inc.
c/o Burnett & Matthews LLP
4675 MacArthur Court, Suite 1540
Newport Beach, CA 92660

Office of the United States Trustee
United States Courthouse
501 I St., Suite 7-500
Sacramento, CA  95814

Dated: 7/5/05

_____
Deputy Clerk